# IN THE UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **MARLEN JAMILETH ORTIZ SOTO,** | : | Case No. 1:25-cv-768 |
| Petitioner, | : | |
| vs. | : | Judge Jeffrey P. Hopkins |
| **ROBERT K. LYNCH, et al.,** | : | Magistrate Judge Karen L. Litkovitz |
| Respondents. | : | |

## ORDER TO SUBMIT JOINT PROPOSED SCHEDULING ORDER

Petitioner, Marlen Jamileth Ortiz Soto, a detainee at the Butler County Correctional Complex, in Hamilton, Ohio, has filed a Petition for a Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241. (Doc. 1). The case has been referred to the Undersigned pursuant to 28 U.S.C. § 636(b) and General Order 22-05 regarding assignments and references to United States Magistrate Judges.

The parties are **ORDERED** to confer on a case schedule and file a joint proposed scheduling order **by November 5, 2025**.

IT IS SO ORDERED.

October 28, 2025

KAREN L. LITKOVITZ
United States Magistrate Judge