# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| MARLEN JAMILETH ORTIZ SOTO, | : |
| *Petitioner*, | : Case No. 1:25-cv-768 |
| v. | : Judge Jeffery P. Hopkins |
| ROBERT K. LYNCH, *et al.*, | : Magistrate Judge Karen L. Litkovitz |
| *Respondents*. | : |

## ORDER REGARDING GENERAL ORDER 25-04

Effective October 29, 2025, United States District Court for the Southern District of Ohio General Order 25-04, *as amended*, **ORDERED** that all civil litigation involving as a party the United States of America, its agencies, its officers or employees, … be immediately suspended, postponed, and held in abeyance continuing for a period of fourteen (14) days from October 29, 2025. Habeas corpus cases pending or filed under Chapter 153 of Title 28 are expressly exempted from the amended General Order. **Thus, the instant case is not stayed and remains active.**

IT IS SO ORDERED.

November 4, 2025

Jeffery P. Hopkins
United States District Judge