# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION AT CINCINNATI

| | | |
|---|---|---|
| **MARLEN JAMILETH ORTIZ SOTO,** | : | Case No. 1:25-cv-768 |
| | : | |
| Petitioner, | : | Judge Jeffrey P. Hopkins |
| | : | |
| vs. | : | Magistrate Judge Karen L. Litkovitz |
| | : | |
| **TODD LYONS, et al.,** | : | |
| | : | |
| Respondents. | : | |

## ORDER

Petitioner, Marlen Jamileth Ortiz Soto, has pending before this Court a petition for habeas corpus relief pursuant to 28 U.S.C. § 2241. According to the record, Ortiz Soto has an individual merit hearing scheduled for December 5, 2025. (Doc. 11-1, at 69; Doc. 14, at 101).

The parties are **ORDERED** to **promptly** file a Joint Status Report upon the conclusion of the hearing apprising the Court of the outcome of the hearing.

**IT IS SO ORDERED.**

December 1, 2025

KAREN L. LITKOVITZ
United States Magistrate Judge